#### UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF LOUISIANA
#### ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIE LEE PITTMAN** | **CIV. ACTION NO. 1:23-CV-00440 P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FEDERAL BUREAU OF PRISON** | **MAG. JUDGE PEREZ-MONTES** |

#### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc No. 8] having been considered, together with the written Objection [Doc. No. 9] filed by Plaintiff Willie Lee Pittman ("Pittman"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Pittman was not denied due process and there is some evidence of his guilt, the Petition [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 1st day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**